IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **NICOLE LYNN,** *Plaintiff*, v. **BG-IC, LLC d/b/a BERKSHIRE GROUP, LLC d/b/a BERKSHIRE RESIDENTIAL INVESTMENTS, LLC,** *Defendant*. | **CASE NO.: 5:23-CV-711** |

# ORDER

For good cause shown, Plaintiff's Motion for Stay of Discovery is GRANTED.

IT IS ORDERED that discovery will be stayed until **January 13, 2024**. Until that time, no party may take depositions, and the time to respond to any outstanding discovery requests is tolled.

IT IS FURTHER ORDERED that the Case Management Order (Doc. 26) is hereby amended to extend the following deadlines:

1     The date for completion of all discovery is **April 18, 2025**.

2     Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) must be served by **March 9, 2025**.

3     All potentially dispositive motions must be filed by **May 20, 2025**.

4.  The deadline for mediation is **April 18, 2025**.

SO ORDERED, this the 13th day of November, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge